**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AVRAM VINETO NIKA,

     Petitioner,                          3:09-cv-00178-JCM-WGC

vs.

                                      **ORDER**

TIMOTHY FILSON, *et al.*,

     Respondents.

_____/

       In this capital habeas corpus action, after a 91-day extension of time, the petitioner,

Avram Vineto Nika, was due to file his reply to the respondents' answer on March 5, 2018. *See*

Order entered June 18, 2015 (ECF No. 68) (reply due 45 days after answer filed); Order entered

December 14, 2017 (ECF No. 163) (91-day extension of time).

       On March 5, 2018, Nika filed a motion for extension of time (ECF No. 164) requesting a

further 21-day extension, to March 26, 2018, to file their reply. Nika's counsel states that the

extension of time is necessary because of her responsibilities in other cases, as well as medical

issues. Respondents do not oppose the extension of time. The Court finds that Nika's motion for

extension of time is made in good faith and not solely for the purpose of delay, and that there is good

cause for the extension of time requested. The Court will grant the motion for extension of time.

       *The Court will not be inclined to further extend this deadline.*

1    **IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time

2    (ECF No. 164) is **GRANTED**.  Petitioner will have until **March 26, 2018**, to file a reply to

3    respondents' answer.

4    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

5    proceedings set forth in the order entered June 18, 2015 (ECF No. 68) shall remain in effect.

6

7    Dated March 8, 2018.

8

9    _____
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26