UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AVRAM VINETO NIKA,<br><br>    Petitioner,<br><br> v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>    Respondents. | Case No. 3:09-cv-00178-JCM-WGC<br><br>ORDER |

  On August 22, 2018, the respondents filed a motion for extension of time (ECF No. 176), requesting a seven-day extension of time, to August 30, 2018, for their response to petitioner's reply. This would be the second extension of this deadline; the first extension was for 120 days. Respondents' counsel states that this extension of time is necessary because he only recently took over responsibility for this case, as a result of the retirements of two attorneys in the office of the attorney general. There is no indication that the petitioner opposes the motion for extension of time. The Court finds that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

  In addition, in order to coordinate the briefing of petitioner's motion for discovery and motion for evidentiary hearing (ECF Nos. 166, 168) with the briefing on the merits,

1

the Court will extend the deadline for petitioner to file replies in support of those two motions.

**IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 176) is **GRANTED**. Respondents will have until **August 30, 2018**, to file a response to petitioner's reply.

**IT IS FURTHER ORDERED** that petitioner will have until **September 20, 2018**, to file a reply in support of his motion for discovery (ECF No. 166) and a reply in support of his motion for evidentiary hearing (ECF No. 168).

DATED August 27, 2018.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE