UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AVRAM VINETO NIKA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:09-cv-00178-JCM-WGC<br><br>ORDER |

On August 30, 2018, the respondents filed a motion for extension of time (ECF No. 178), requesting a 14-day extension of time, to September 13, 2018, for their response to the petitioner's reply. This would be the third extension of this deadline; the first extension was for 120 days, and the second was for 7 days. Respondents' counsel states that this third extension of time is necessary because of the complexity of this case and because of his obligations in another case. The petitioner does not oppose the motion for extension of time.

Respondents' counsel states: "Absent extraordinary circumstances that are beyond my control, I will not seek another extension of time for this response." Motion for Enlargement of Time (ECF No. 178), p. 3.

The Court finds that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

1

In addition, in order to coordinate the briefing of the petitioner's motion for discovery and motion for evidentiary hearing (ECF Nos. 166, 168) with the briefing on the merits, the Court will extend the deadline for the petitioner to file replies in support of those two motions.

**IT IS THEREFORE ORDERED** that the respondents' Motion for Extension of Time (ECF No. 178) is **GRANTED**. Respondents will have until **September 13, 2018**, to file a response to the petitioner's reply.

**IT IS FURTHER ORDERED** that the petitioner will have until **October 4, 2018**, to file a reply in support of his motion for discovery (ECF No. 166) and a reply in support of his motion for evidentiary hearing (ECF No. 168).

DATED September 6, 2018.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE