UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AVRAM VINETO NIKA, | Case No. 3:09-cv-00178-JCM-WGC |
| Petitioner, | |
| v. | ORDER |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, the respondents were due to file their response to the petitioner's reply by September 13, 2018. *See* Order entered September 6, 2018 (ECF No. 179). Respondents filed the response to the reply about one hour late, just before 1:00 a.m. on September 14, 2018 (ECF No. 181). Respondents filed, with their response to reply, a motion for extension of time, seeking the Court's approval of the tardy filing (ECF No. 180).

In the motion for extension of time, Respondents' counsel states that he worked diligently to get the response to reply filed by the deadline but was unable to do so. The Court finds that Respondents have shown excusable neglect for the slightly late filing. *See* LR 26-4.

**IT IS THEREFORE ORDERED** that the respondents' Motion for Enlargement of Time (ECF No. 180) is **GRANTED**. Respondents' Response to Reply (ECF No. 181) will be treated as timely filed.

1    **IT IS FURTHER ORDERED** that the deadline for the petitioner to file a reply in

2    support of his motion for discovery (ECF No. 166) and a reply in support of his motion for

3    evidentiary hearing (ECF No. 168) – **October 4, 2018** (*see* Order entered September 6,

4    2018 (ECF No. 179)) – remains in effect.

5

6        DATED September 19, 2018.

7

8                                        _James C. Mahan_____
                                         JAMES C. MAHAN,
9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28