UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AVRAM VINETO NIKA,<br><br>Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:09-cv-00178-JCM-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 194)** |

In this capital habeas corpus action, the Court entered judgment on June 12, 2019, granting the petitioner, Avram Vineto Nika, relief with respect to his death sentence, but denying him relief with respect to his murder conviction (ECF Nos. 186, 187). Then, on July 9, 2019, Nika filed a motion to alter or amend the judgment (ECF No. 189). After a 30-day extension of time, the respondents were due to respond to that motion by August 22, 2019. *See* Local Rule LR 7-2(b) (14 days for response); Order entered July 26, 2019 (ECF No. 193) (30-day extension).

On August 22, 2019, Respondents filed a motion for extension of time (ECF No. 194), requesting a second extension of time, this one 14 days, to September 5, 2019. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Nika's counsel does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. The Court will grant Respondents' motion for extension of time. Nika will have 30 days to file his reply in support of his motion.

1

1     **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 194) is **GRANTED**. Respondents will have until and including **September 5, 2019**, to respond to the motion to alter or amend the judgment (ECF No. 189).

    **IT IS FURTHER ORDERED** that Petitioner will have 30 days to reply to Respondents' response to the motion to alter or amend the judgment.

DATED August 26, 2019.

                                                                                _____
                                                                                JAMES C. MAHAN,
                                                                                UNITED STATES DISTRICT JUDGE