# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AVRAM VINETO NIKA,

    Petitioner,

    v.

WILLIAM GITTERE, et al.,

    Respondents.

Case No. 3:09-cv-00178-JCM-WGC

**ORDER DENYING MOTION FOR EXTENSION OF TIME (ECF NO. 197)**

In this capital habeas corpus action, the petitioner, Avram Vineto Nika, represented by appointed counsel, filed a motion to alter or amend the judgment (ECF No. 189) on July 9, 2019. Respondents filed an opposition to that motion on September 5, 2019 (ECF No. 196). Nika has until Monday, October 7, 2019, to file his reply in support of the motion. *See* Order entered July 26, 2019 (ECF No. 193) (30 days for reply); Order entered August 26, 2019 (ECF No. 195) (same).

On September 12, 2019, Nika filed a motion for extension of time (ECF No. 197), requesting an extension of time to September 19, 2019, to file the reply in support of his motion to alter or amend the judgment. But, as Nika already has until October 7, 2019, to file the reply, the motion for extension of time is unnecessary, and it will be denied on that ground.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 197) is **DENIED** as unnecessary. Petitioner has until and including **October 7, 2019,** to file a reply in support of his motion to alter or amend the judgment.

DATED September 16, 2019.

　　　　　　　　　　　　　　　　　　　　　*James C. Mahan*
　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN,
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE