1  AARON D. FORD
     Attorney General
2  HEATHER D. PROCTER (Bar. No 8621)
     Chief Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Telephone:  (775) 684-1271
   Fax: (775) 684-1108
6  hdprocter@ag.nv.gov
   *Attorney for Respondents*
7

8                 **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10  AVRAM VINETO NIKA,            Case No. 3:09-cv-00178-JCM-WGC

11        Petitioner,            **STIPULATED FOURTH EXTENSION OF**
                               **TIME FOR COMPLIANCE WITH**
12  vs.                       **AMENDED JUDGMENT IN A CIVIL CASE**
                                  **(ECF NO. 201)**
13  TIMOTHY FILSON, *et al.,*

14        Respondent.

15        In June 2019, this Court granted in part petitioner Avram Viento Nika's (Nika) second-amended

16  federal habeas petition, granting relief on the penalty phase of trial and denying relief as to all other

17  claims. ECF No. 186 at 95. The Court further granted Nika a certificate of appealability on four

18  grounds and stayed the judgment pending conclusion of appellate review or the expiration of time to

19  seek such review. *Id*. at 96.

20        Respondents did not appeal, but Nika did. ECF No. 190.

21        In October 2019, this Court granted Nika's motion to alter or amendment the judgment in part,

22  expanding the certificate of appealability to include an additional ground. ECF No. 200 at 3.

23        On October 4, 2019, this Court issued an amended judgment. ECF No. 201. In that judgment,

24  the Court ordered:

25            IT IS FURTHER ORDERED AND ADJUDGED that Respondents shall
          either (1) within 60 days from the date of this order, vacate Petitioner's
26            death sentence and impose upon him a non-capital sentence, consistent
          with law, or (2) within 60 days from the date of this order, file a notice of
27            the State's intent to grant Petitioner a new penalty-phase trial, and, within
          180 days from the date of this order, commence jury selection in the new
28            penalty-phase trial.

…

IT IS FURTHER ORDERED AND ADJUDGED that the judgment in this action will be stayed pending the conclusion of any appellate or certiorari review in the Ninth Circuit Court of Appeals or the United States Supreme Court, or the expiration of the time for seeking such appellate or certiorari review, whichever occurs later.

*Id*.

Ultimately, the Ninth Circuit affirmed this Court's order denying Nika's appeal. ECF No. 206. The Court denied rehearing and rehearing *en banc* and issued mandate on December 28, 2022. ECF No. 209. This Court ordered the mandate be spread upon the court's records on March 3, 2023. ECF No. 210.

Pursuant to this Court's amended judgment, the matter remained stayed until the conclusion of appellate or certiorari review, or the expiration of time to seek the same. Nika had until March 20, 2023, to seek certiorari with the United States Court of Appeals. S. Ct. R. 13. He chose not to do so.

Once the period for seeking certiorari ended, Respondents had 60 days, until May 19, 2023, to file notice with the Court that the Washoe County District Attorney chose to either vacate Nika's death sentence and impose a non-capital sentence or intended to hold a new penalty-phase trial. *See* ECF No. 201. If the District Attorney chose to hold a new penalty phase, they had 180 days, or September 16, 2023, within which to commence jury selection.

This Court approved the parties' first stipulation to extend the time for execution of the judgment by sixty (60) days to July 18, 2023. ECF No. 216. And approved a second stipulation to extend the time for execution of the judgment by an additional thirty (30) days to August 17, 2023. ECF No. 220. And the third stipulation for an additional one-hundred twenty (120) days to December 15, 2023.

Since the last stipulation, the prosecutor sought appointment of counsel and on October 30, 2023, the Second Judicial District Court appointed the Washoe County Public Defender (WCPD) to represent Nika. Shortly thereafter, the WCPD filed a motion to be relieved as counsel. On December 11, 2023, the court granted the WCPD's request and appointed the Alternate Public Defender (APD) to represent Nika. The APD will require time to get up-to-speed on the case, and the parties will require time to enter into new discussions and negotiations. In addition, the amended judgment specifies that

the prosecution must either "impose" a new non-capital sentence or file notice of their intent to pursue a new penalty hearing before the designated date. Given the recent appointment of new counsel, pending negotiations, and either entry of the new sentence or a decision to pursue a new penalty hearing, the parties ask this Court to extend the judgment deadline by one-hundred twenty-six (126) days.[1]

IT IS HEREBY STIPULATED AND AGREED that:

1.      Undersigned counsel for Nika conferred and attempted to seek a resolution with Washoe County District Attorney Luke Prengaman regarding this case until August 2023. As they could not reach an agreement, Mr. Prengaman reached out to the WCPD chief to set a hearing. Pursuant to the state court docket, on October 26, 2023, Mr. Prengaman filed a request to appoint the WCPD and to set a hearing. The WCPD entered an appearance, but shortly thereafter filed a motion to be relieved as counsel. The district court granted that motion on December 11, 2023, and appointed the APD.

2.      The parties agreed to ask this Court to extend the deadline by an additional one-hundred twenty-six (126) days to permit continued discussions and appropriate hearings. Respondents must

///
///
///
///
///
///
///
///
///
///
///
///
///
///

---

[1] A one-hundred twenty (120) day extension would fall on a Saturday.

comply with the judgment by Friday, April 19, 2024, by filing notice with the Court that the Washoe County District Attorney either imposed a non-capital sentence consistent with law or intends to grant a new penalty phase of trial to commence by Wednesday, October 16, 2024.

DATED December 12, 2023_                        DATED December 12, 2023

RENE L. VALLADRES                              AARON D. FORD
Federal Public Defender                        Nevada Attorney General


/s/ Heather Fraley                             /s/ Heather D. Procter
Heather Fraley (Bar No. 24050621)              Heather D. Procter (Bar No. 8621)
Assistant Federal Public Defender              Chief Deputy Attorney General
411 E. Bonneville Ave. Ste. 250                100 N. Carson St.
Las Vegas, NV  89101                           Carson City, NV  89701
*Attorney for Petitioner*                      *Attorney for Respondents*


## ORDER

IT IS SO ORDERED.

Dated December 13, 2023.


_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

2          I certify that I am an employee of the Office of the Attorney General and that on this 12th day of

3   December, 2023, I served a copy of the foregoing **STIPULATED FOURTH EXTENSION OF**

4   **TIME FOR COMPLIANCE WITH AMENDED JUDGMENT IN A CIVIL CASE (ECF NO.**

5   **201)**, by U.S. District Court CM/ECF electronic filing to:

6   Heather Fraley
    Assistant Federal Public Defender
7   411 East Bonneville Avenue, Suite 250
    Las Vegas, NV  89101
8   *Attorneys for Petitioner*

9

10                                                        /s/ Amanda White

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28