AARON D. FORD
  Attorney General
HEATHER D. PROCTER (Bar. No 8621)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone:  (775) 684-1271
Fax: (775) 684-1108
hdprocter@ag.nv.gov
*Attorney for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AVRAM VINETO NIKA, | Case No. 3:09-cv-00178-JCM-WGC |
| Petitioner, | **STIPULATED FIFTH EXTENSION OF TIME FOR COMPLIANCE WITH AMENDED JUDGMENT IN A CIVIL CASE (ECF NO. 201)** |
| vs. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondent. | |

In June 2019, this Court granted in part petitioner Avram Viento Nika's (Nika) second-amended federal habeas petition, granting relief on the penalty-phase trial and denying relief as to all other claims. ECF No. 186 at 95. The Court further granted Nika a certificate of appealability on four grounds and stayed the judgment pending conclusion of appellate review or the expiration of time to seek such review. *Id*. at 96.

In October 2019, this Court granted Nika's motion to alter or amendment the judgment in part, expanding the certificate of appealability to include an additional ground. ECF No. 200 at 3. On October 4, 2019, this Court issued an amended judgment. ECF No. 201. In that judgment, the Court ordered:

> IT IS FURTHER ORDERED AND ADJUDGED that Respondents shall either (1) within 60 days from the date of this order, vacate Petitioner's death sentence and impose upon him a non-capital sentence, consistent with law, or (2) within 60 days from the date of this order, file a notice of the State's intent to grant Petitioner a new penalty-phase trial, and, within 180 days from the date of this order, commence jury selection in the new penalty-phase trial.
>
> …

-1-

> IT IS FURTHER ORDERED AND ADJUDGED that the judgment in this action will be stayed pending the conclusion of any appellate or certiorari review in the Ninth Circuit Court of Appeals or the United States Supreme Court, or the expiration of the time for seeking such appellate or certiorari review, whichever occurs later.

*Id*. at 1.

Respondents did not appeal, but Nika did. ECF No. 190. Ultimately, the Ninth Circuit affirmed this Court's order denying Nika's claims challenging his convictions. ECF No. 206. This Court ordered the mandate be spread upon the court's records on March 3, 2023. ECF No. 210.

Pursuant to this Court's amended judgment, the matter remained stayed until the conclusion of appellate or certiorari review, or the expiration of time to seek the same. Nika had until March 20, 2023, to seek certiorari with the United States Court of Appeals. S. Ct. R. 13. He chose not to do so.

Once the period for seeking certiorari ended, Respondents had 60 days, until May 19, 2023, to file notice with the Court that the Washoe County District Attorney chose to either vacate Nika's death sentence and impose a non-capital sentence or intended to hold a new penalty-phase trial. *See* ECF No. 201 at 1. If the District Attorney chose to hold a new penalty phase, they had 180 days, or September 16, 2023, within which to commence jury selection.

This Court approved the parties' four stipulations to extend the time for execution of the judgment by sixty (60) days to July 18, 2023. ECF Nos. 216, 220, 222, 225. Specifically, the parties sought to extend the time for the Respondents to file a notice of intent that the prosecution chose to impose a non-capital sentence or intended to hold a new penalty-phase trial. The final extension requires Respondents to file a notice with the Court as to the trial parties' intent to either resentence Nika to a non-capital term or to hold a new penalty-phase trial by April 19 2024, with either the new non-capital sentence imposed or the new penalty-phase trial commencing by October 16, 2024. ECF No. 225.

Respondents file the notice of the prosecution's intent to hold a new penalty-phase trial concurrently with this stipulation.

Pursuant to the amended judgment, the prosecution now has 180 days from the date of this Court's order on the notice to commence jury selection in the new penalty-phase trial. ECF No. 201 at 1. However, the state trial court scheduled the new penalty phase to commence September 8, 2025,

with a hearing to confirm the date on August 13, 2025. As the scheduled date for the new hearing is well beyond the 180 days provided in the amended judgment, the parties enter this stipulation to extend the deadline within which the prosecution must commence jury selection to Friday, November 1, 2025. The parties ask for additional time beyond the current trial date should the state parties require a continuance of the existing new penalty-phase trial date.

IT IS HEREBY STIPULATED AND AGREED that:

1.     Concurrent to this stipulation, the Respondents filed the intent of the Washoe County District Attorney to hold a new penalty-phase trial to determine Nika's sentence.

2.     The new penalty-phase trial is scheduled to commence on September 6, 2025. Given the new trial date, and the potential for a continuance, the parties request this Court extend the deadline by which the penalty-phase trial must commence to and including November 1, 2025.

DATED April 9, 2024_                          DATED April 9, 2024

RENE L. VALLADRES                           AARON D. FORD
Federal Public Defender                       Nevada Attorney General


/s/ Heather Fraley                              /s/ Heather D. Procter
Heather Fraley (Bar No. 24050621)            Heather D. Procter (Bar No. 8621)
Assistant Federal Public Defender             Chief Deputy Attorney General
411 E. Bonneville Ave. Ste. 250               100 N. Carson St.
Las Vegas, NV  89101                          Carson City, NV  89701
*Attorney for Petitioner*                        *Attorney for Respondents*


**ORDER**

IT IS SO ORDERED.

Dated  April 19, 2024.


_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 9th day of April, 2024, I served a copy of the foregoing **STIPULATED FIFTH EXTENSION OF TIME FOR COMPLIANCE WITH AMENDED JUDGMENT IN A CIVIL CASE (ECF NO. 201)**, by U.S. District Court CM/ECF electronic filing to:

Heather Fraley
Assistant Federal Public Defender
411 East Bonneville Avenue, Suite 250
Las Vegas, NV  89101
*Attorneys for Petitioner*

/s/ Amanda White

# EXHIBIT

# EXHIBIT

F I L E D
Electronically
CR94-2264
2024-02-12 02:02:06 PM
Alicia L. Lerud
Clerk of the Court
Transaction # 10154909

1

2

3    **IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA**

4    **IN AND FOR THE COUNTY OF WASHOE**

5    **STATE OF NEVADA,**

6                    **Plaintiff,**

7    **vs.**                                              **CASE NO. CR94-2264**

8                                                          **DEPT. NO.    7**

9    **AVRAM NIKA,**

10                   **Defendant,**

11   _____/

12                   **APPLICATION FOR SETTING**

13   TYPE OF ACTION:              Criminal

14
     MATTER TO BE HEARD:         **Penalty Phase and Motion to Confirm**
15

16   DATE OF APPLICATION:         February 12, 2024

17   COUNSEL FOR PLAINTIFF:       Deputy District Attorney Luke Prengaman

18   COUNSEL FOR DEFENDANT:       Alternate Public Defender Kate Hickman
19                                Deputy Alternate Public Defender Gianna
                                  Verness
20
     **PENALTY PHASE: SEPTEMBER 8 - 26, 2025 AT 9:00 A.M.**
21

22   **MOTION TO CONFIRM:  AUGUST 13, 2025 AT 9:00 A.M.**

23

24

25

26

27

28