**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AVRAM VINETO NIKA,

Petitioner,

v.

WILLIAM GITTERE, et al.,

Respondents.

Case No. 3:09-cv-00178-GMN-CSD

**ORDER**

## I. Summary

In accordance with the Amended Judgment in this capital habeas corpus action, the State of Nevada has elected to give Petitioner Avram Vineto Nika a new state penalty-phase trial. ECF Nos. 187; 201; 206; 209; 226. The deadline for commencement of a new penalty-phase trial is November 1, 2026. ECF Nos. 216; 220; 222; 224; 225; 228; 230. The parties have submitted a Stipulated Seventh Extension of Time for Compliance with Amended Judgment in a Civil Case. ECF No. 231. For the reasons explained below, the Stipulation is approved. The deadline for the State of Nevada to commence jury selection in a new penalty-phase trial is November 1, 2027.

## II. Background

On June 12, 2019, the Honorable United States District Court Judge James C. Mahan entered judgment granting, in part, Nika's habeas petition. ECF Nos. 186; 187. Relief was granted relative to the penalty phase of Nika's state capital trial. *See id.* Nika's motion to alter or amend the judgment was granted in part. *See* ECF Nos. 200; 201. The Amended Judgment states, in part:

> IT IS FURTHER ORDERED AND ADJUDGED that Respondents shall either (1) within 60 days from the date of this order, vacate Petitioner's death sentence and impose upon him a non-capital sentence, consistent with law, or (2) within 60 days from the date of this order, file a notice of the State's intent to grant Petitioner a new penalty-phase trial, and, within 180 days from the date of this order, commence jury selection in the new penalty-phase trial.
>
> . . . .

ECF No. 201. The Ninth Circuit affirmed. ECF Nos. 206; 210.

Judge Mahan approved stipulations extending the time for Respondents to either vacate Petitioner's death sentence and impose a non-capital sentence consistent with law or file a notice of the State's intent to grant Petitioner a new penalty-phase trial. ECF Nos. 216, 220, 222, 225. On April 9, 2024, Respondents filed a timely notice of the prosecution's intent to hold a new penalty phase trial. ECF No. 226. Thereafter, Judge Mahan approved stipulations extending the time to comply with the judgment by commencing a penalty-phase trial to November 1, 2026. ECF Nos. 228; 230. On October 13, 2026, the parties filed a Stipulated Seventh Extension of Time for Compliance with Amended Judgment in a Civil Case. ECF No. 231. This matter was reassigned to this Court. ECF Nos. 232; 233.

**III. Discussion**

The parties indicate that defense counsel moved in state court to vacate the jury verdict for the guilt-phase trial. ECF No. 231 at 2. Although the state court held a hearing on the motion in September of 2026, Nika, who attempted to attend via video from prison, could not hear the proceedings. *Id.* The hearing is rescheduled to February 16, 2027. *Id.* Whatever the outcome of the motion for a new guilt-phase trial, the parties indicate that the non-prevailing party will seek a writ from the Nevada Supreme Court. *Id.* Given the status of the hearing on the motion for a new guilt-phase trial, the possibility that the state court might grant the motion for a new guilt-

phase trial, and the non-prevailing party intends to seek appellate review of the state court's decision on the motion for a new guilt-phase trial, there is good cause to extend the deadline to commence a new penalty-phase trial to November 1, 2027.

**IV. Conclusion**

It is therefore Ordered that the stipulation of the parties (ECF No. 231) is approved. The State of Nevada has until November 1, 2027, to comply with the Amended Judgment by commencing jury selection for a new penalty-phase trial.

Dated: October 16, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE